UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:18-cv-02861-SEB-MPB |
| | ) |
| DANIEL BUILDERS, INC., DOUG AND MARY JO SMOCK, | ) ) ) |
| | ) |
| Defendants. | ) |

Acknowledged.

This action is hereby dismissed without prejudice.

Date: 2/15/2019

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## NOTICE OF DISMISSAL

COMES NOW Plaintiff, Westfield Insurance Companies, by counsel, Barrett McNagny, LLP, and pursuant to Fed.R.Civ.P. 41(a)(1)(A) hereby stipulates that the claims against Defendant Daniel Builders, Inc. and Doug and Mary Jo Smock are hereby dismissed without prejudice as Defendants have not filed an answer or a motion for summary judgment.

Respectfully submitted,

BARRETT McNAGNY, LLP

By: /s/ Michael H. Michmerhuizen
Michael H. Michmerhuizen, #22086-02
215 E. Berry Street
Fort Wayne, IN 46801
Phone: (260) 423-9551
Fax: (260) 423-8920
E-mail: mhm@barrettlaw.com

*Attorneys for Plaintiff,*
*Westfield Insurance Companies*